UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 3706**

Plaintiff SHAMROCK Building Systems Inc.   Case No.

-v-

Rose Realty Corp.
and
Defendant TEMPest Realty Corp.

Rule 7.1 Statement   **JUDGE SAND**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for SHAMRock Building Systems Inc (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 5/10/07

Signature of Attorney

Attorney Bar Code: (FB 3282)

Form Rule7_1.pdf