jpa\shamrock.rose.nop.
fwb 5/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**07 CV 3706**

**JUDGE SAND**

In the Matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

       Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
confirming an arbitration award

   - against -

ROSE REALTY CORP. and TEMPEST
REALTY CORP.,

       Respondents.

------------------------------------------------------------X

CIVIL ACTION

NOTICE OF PETITION TO
CONFIRM ARBITRATION AWARD

   PLEASE TAKE NOTICE THAT on the award of the arbitrator in the arbitration proceeding between Petitioner, Shamrock Building Systems, Inc., and the Respondents, Rose Realty Corp. and Tempest Realty Corp., dated April 26, 2007, which was duly delivered to the respective parties in accordance with Construction Industry Arbitration Rules of the American Arbitration Association, before whom the arbitration took place, and upon all the proceedings had herein, the Petitioner, Shamrock Building Systems, Inc., shall move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 30th day of May 2007, or as soon thereafter as counsel can be heard, pursuant to Title 9 of the Untied States Code, Sections 9 and 13, for an order;

   1.  Confirming the award;

2. Directing the entry of judgment in accordance with the award as against respondents Rose Realty Corp. and Tempest Realty Corp., jointly and severally, for the sum of $447,502.52, plus nine percent interest (9%) from February 28, 2005 and for the costs of arbitration in the sum of $17,331.25; and

3. Granting Petitioner such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to Rule 6.1(b) of the Local Rules of the United States District Court for the Southern District of New York, answering papers, if any, are required to be served upon the undersigned ten days from receipt of the Notice of Petition, Petition and Affidavit in Support of Petition.

Dated: Mineola, New York
May 9, 2007

_____
Joseph P. Asselta, Esq. (JPA 0004)
AGOVINO & ASSELTA, LLP
Attorneys for Petitioner
Shamrock Building Systems, Inc.
170 Old Country Road, Suite 608
Mineola, NY 11501
(516) 248-9880

TO: AGULNICK & GOGEL, LLP
Attorneys for Respondents
321 Broadway, 2nd Floor
New York, NY 10007
(212) 233-9500