jpa\shamrock.rose.order.
fwb 5/9/07

**07 CV 3706**

**JUDGE SAND**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In the Matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

          Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
confirming an arbitration award

          - against -

ROSE REALTY CORP. and TEMPEST
REALTY CORP.,

          Respondents.
------------------------------------------------------------X

CIVIL ACTION NO.

ORDER

A Petition by Notice of Petition having been made to this Court and due Notice of Petition having been given, and the matter having come on to be heard,

**IT IS HEREBY:**

          **ORDERED**

The Petition of Shamrock Building Systems, Inc., to confirm the Arbitration Award rendered by the Arbitrator on April 26, 2007, pursuant to the Construction Industry Rules and Mediation Procedures of the American Arbitration Association in connection with the disputes arising out of a construction contract, dated September 25, 2003, between Shamrock Building Systems, Inc., as contractor, and Rose Realty Corp. and Tempest Realty Corp., as owners, is granted and the Arbitration Award is hereby confirmed, and it is further ordered that judgment be entered against respondents Rose Realty Corp. and Tempest Realty Corp., jointly and severally,

for the sum of $447,502.52, plus nine percent interest (9%) from February 28, 2005 and for the costs of arbitration in the sum of $17,331.25.

Dated: May _____ 2007

_____
Hon.                               U.S.D.J.