jpa\shamrock.rose.serv.aff.
fwb 5/10/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

                Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
confirming an arbitration award

      - against -

ROSE REALTY CORP. and TEMPEST
REALTY CORP.,

                Respondents.

-------------------------------------------------------------X

CIVIL ACTION  NO.

AFFIDAVIT IN SUPPORT OF
PETITION TO CONFIRM
ARBITRATION AWARD

     Frank W. Brennan, an attorney duly admitted to practice in this Court, affirms as follows under penalties of perjury:

     That on the 10th day of May, 2007, deponent served a true copy of the within Notice of Petition, Petition, Affidavit In Support Of Petition, Memorandum Of Law In Support Of Petition and Proposed Order upon Respondents' Counsel by hand delivering same to the offices below:

                          AGULNICK & GOGEL, LLP
                          321 Broadway, 2nd Floor
                          New York, NY  10007

Dated:  Mineola, New York
        May 10, 2007

                          s/_____
                          Frank W. Brennan (FB 0282)