UNITED STATES SUPREME COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In the matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

Petitioner,

For an Order pursuant to the Federal Arbitration Act 9 U.S.C.A. § 1 et seq., Confirming an arbitration award

-against-

ROSE REALTY CORP. and TEMPEST REALTY CORP.

Respondents.

------------------------------------------------------------X

**CIVIL ACTION NO. 07CV3706(LBS)**

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rose Realty Corp and Tempest Realty Corp. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Dated: New York, New York
May 30 , 2007

AGULNICK & GOGEL, LLC
Attorneys for Respondents
321 Broadway, 2nd Floor
New York, New York 10007
(212) 233-9500

By [signature]
William A. Gogel (WG-3271)

NOTICE OF ENTRY

PLEASE take notice that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

**AGULNICK & GOGEL, LLC**

*Attorneys for*

*Office and Post Office Address*
321 BROADWAY, 2ND FLOOR
NEW YORK, N.Y. 10007

To

Attorney(s) for

NOTICE OF SETTLEMENT

PLEASE take notice that an order

of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at

on
at M.
Dated,

Yours, etc.

**AGULNICK & GOGEL, LLC**

*Attorneys for*

*Office and Post Office Address*
321 BROADWAY, 2ND FLOOR
NEW YORK, N.Y. 10007

To

Attorney(s) for

Index No. Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAMROCK BUILDING SYSTEMS, INC.,

Petitioner,

-against-

ROSE REALTY CORP. and TEMPEST REALTY CORP.,

Respondents.

RULE 7.1 STATEMENT

Signature (Rule 130-1.1-a)

Print name beneath William A. Gogel

**AGULNICK & GOGEL, LLC**

*Attorneys for*

*Office and Post Office Address, Telephone*
321 BROADWAY, 2ND FLOOR
NEW YORK, N.Y. 10007
212-233-9500
FAX (212) 693-1666

To

Attorney(s) for

Service of a copy of the within is hereby admitted.
Dated,

..........................................................................

Attorney(s) for