UNITED STATES SUPREME COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In the matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

                Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
Confirming an Arbitration Award

      -against-

ROSE REALTY CORP. and TEMPEST
REALTY CORP.

                Respondents.

-------------------------------------------------------X

**CIVIL ACTION NO.
07CV3706 (LBS)**

**CERTIFICATION AND
AFFIRMATION OF SERVICE**

      WILLIAM A. GOGEL, an attorney duly admitted to practice law in the State of New York, affirms the following under penalty of perjury: I am not a party to the action, am over 18 years of age, and reside of Nassau County, New York.

      That on May 30, 2007, I served a true copy of Respondents Notice of Cross-Petition and Petition; Answer to Petition, Affidavit in Support of Petition, Memorandum of Law, Exhibits and Rule 7.1 Statement by dispatching a copy by Walsh Messenger Service to the following Attorneys of Record as indicated below:

Agovino & Asselta<br>
Attorneys For Petitioner<br>
170 Old Country Road - Suite 608<br>
Mineola, New York 11501

Dated: New York, New York
      May 30, 2007

                                        AGULNICK & GOGEL, LLC
                                        Attorney for Respondents
                                        321 Broadway - 2nd Floor
                                        New York, New York 10007
                                        (212) 233-9500

                                        By _____
                                              William A. Gogel (WG-3271)