**Exhibit 7**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
In the Matter of the Application of DANIEL MOLONEY,
TEMPEST REALTY CORP., LIFFEY VAN LINES, INC.,
and ROSE REALTY CORP.,

                           Petitioners,                    **NOTICE OF APPEAL**

For a Judgment Pursuant to Article 75 of the
Civil Practice Law and Rules                               Index #103822/05

                - against -

SHAMROCK BUILDING SYSTEMS, INC.,

                           Respondent.
---------------------------------------------------------------X

     PLEASE TAKE NOTICE, that Petitioner, TEMPEST REALTY CORP. hereby appeals to the Appellate Division: First Department, all adverse portions of the Order/ Decision and Judgment of the Supreme Court: New York County (Kibbie F. Payne), dated May 16, 2006, which was entered in the Clerk's Office on May 31, 2006.

Dated: New York, New York
         June 12, 2006

                                                             Yours, etc.

                                                             AGULNICK & GOGEL, LLC
                                                              Attorneys for Petitioner
                                                               321 Broadway - 2nd Floor
                                                              New York, New York 10007
                                                               (212) 233-9500

                                                              By_____
                                                                    William A. Gogel

TO:    Agovino & Asselta, LLP
        Attorneys for Respondent
        170 Old Country Road - Suite # 608
        Mineola, New York 11501

jpa\shamrockrose.noe
ed 6/1/06

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
In the Matter of the Application of

DANIEL MOLONEY, TEMPEST REALTY CORP.,
LIFFEY VAN LINES, INC. and
ROSE REALTY CORP.,

                        Petitioners,

For an Order pursuant to Article 75 of the New York
Civil Practice Law and Rules staying the
Arbitration of a certain controversy at the
American Arbitration Association

            - against -

SHAMROCK BUILDING SYSTEMS, INC.,

                        Respondent.
------------------------------------------------------------------X

Index No. 103822/05

NOTICE OF ENTRY

Assigned to:
Hon. Kibbie F. Payne

S I R S:

       PLEASE TAKE NOTICE, that the within is a true copy of an Order and Judgment duly entered and filed in the office of the Clerk of the County of New York on or about May 31, 2006.

Dated: Mineola, New York
         June 1, 2006

                                                 David A. Loglisci, Esq.
                                                 AGOVINO & ASSELTA, LLP
                                                 Attorneys for Respondent,
                                                 Shamrock Building Systems, Inc.
                                                 170 Old Country Road, Suite 608
                                                 Mineola, NY  11501
                                                 (516) 248-9880

TO:    AGULNICK & GOGEL, LLP
          Attorneys for Petitioners
          321 Broadway, 2nd Floor
          New York, NY  10007
          (212) 233-9500

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: __KIBBIE F. PAYNE__　　　　　　　　　　PART __4__
　　　　　　　　*Justice*

---

Application of
DANIEL MOLONEY, TEMPEST REALTY, CORP.,　　　INDEX NO.　103822/05
LIFFEY VAN LINES, INC., and ROSE REALTY CORP.,

　　　　　　Petitioners,

For an Order Pursuant to Article 75 of the New York　　　MOTION DATE　3/23/06
Civil Practice Law and Rules staying Arbitration
of a certain controversy at the American Arbitration
Association,　　　　　　　　　　　　　　　　　　　　　MOTION SEQ. NO.　005
　　　　　　- against -


SHAMROCK BUILDING SYSTEMS, INC.,
　　　　　　　　　　　　　　　　　　　　　　　　　　　MOTION CAL. NO.　_____
　　　　　　Respondent.

---

The following papers, numbered 1 to _____ were read on this motion to/for _____

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

**Cross-Motion:**　✓ Yes　　　No

　　Upon the foregoing papers, it is ordered that this motion pursuant to CPLR 4403 for a judgment modifying the report of a special referee is granted in part, the cross motion for an order confirming the report is denied, and the petition for an order permanently staying the arbitration pursuant to CPLR article 75 is granted in part as indicated in the attached memorandum.
　　This constitutes the order and judgment of the court.

FILED
MAY 31 2006

Dated: MAY 16 2006
　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.S.C.

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

Check one:　✓ FINAL DISPOSITION　　　NON-FINAL DISPOSITION

Check if appropriate:　　　DO NOT POST　　　REFERENCE



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK : IAS PART 4

---

Application of DANIEL MOLONEY, TEMPEST
REALTY CORP., LIFFEY VAN LINES, INC.,
and ROSE REALTY CORP.,

                      Petitioners,

For an Order Pursuant to Article 75 of
the New York Civil Practice Law and
Rules staying Arbitration of a certain
controversy at the American Arbitration
Association,

         -against-

SHAMROCK BUILDING SYSTEMS, INC.,

                      Respondent.

Index No.  103822/05

Motion Seq.  005

**JUDGMENT**

---

**KIBBIE F. PAYNE, J.:**

     In this CPLR article 75 proceeding, respondent Shamrock Buildings Systems, Inc. (Shamrock) moves pursuant to CPLR 4403 for a judgment modifying the report of a special referee to compel petitioners Tempest Realty, Liffey Van Lines, Inc. and Rose Realty Corporation to proceed to arbitration. Petitioners cross-move to confirm the report. For the reasons stated below, this court grants Shamrock's motion to a limited extent, denies the cross-motion and denies in part the petition to stay arbitration.

     Moloney is the president of Tempest Realty, Liffey Van Lines and Rose Realty. Tempest Realty has no employees, and Rose Realty has three employees, including Moloney and his wife. In

005

That portion of the referee's report which determined that some of the work performed by Shamrock "was not done under the Agreement" and otherwise purported to determine the merits of the underlying dispute is struck as outside the scope of the reference and within the province of the arbitral tribunal.

Accordingly, it is

ORDERED that respondent's motion pursuant to CPLR 4403 to modify the referee's report is granted to the extent indicated above; and it is further

ORDERED that petitioners cross-motion pursuant to CPLR 4403 to confirm the referee's report is denied; and it is further

ORDERED that petitioners' underlying motion for a stay of arbitration pursuant to CPLR article 75 is granted to the extent that the arbitration is permanently stayed as to Daniel Moloney in his individual capacity and Liffey Van Lines, and the motion is otherwise denied; it is further

ORDERED that petitioners Rose Realty and Tempest Realty proceed to arbitration with Shamrock; and it is further

ORDERED that petitioner shall serve a copy of this judgment with notice of entry on the arbitral tribunal within 20 days of its entry.

The foregoing constitutes the decision and judgment of the court.

DATE: MAY 16 2006

Kibbie F. Payne, J.S.C.

_____
Herman Goodman
CLERK

Index No. 103822/2005

-----------------------------------------------------------------

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------

Application of

DANIEL MOLONEY, TEMPEST REALTY CORP.,
LIFFEY VAN LINES, INC. and ROSE REALTY CORP.,

                                        Petitioners,

For an Order Pursuant to Article 75 of the New York
Civil Practice Law and Rules staying Arbitration of a
certain controversy at the American Arbitration
Association,

    -against-

SHAMROCK BUILDING SYSTEMS, INC.,

                                        Respondent.

-----------------------------------------------------------------

## JUDGMENT

AGOVINO & ASSELTA
Attorneys for _____
170 OLD COUNTRY ROAD, SUITE 608
MINEOLA, NEW YORK 11501
(516) 248-9880

FILED

MAY 3 1 2005

AT 10:12 A M
N.Y. CO. CLKS. OFFICE

IO & ASSELTA, LLP
COUNTRY ROAD, SUITE 608
EOLA, NEW YORK 11501



GARDEN CITY NY 115
01 JUN 2006 PM

260 U.S. POSTAGE     PB5523749
734 $00.63  JUN 01 2006
863 MAILED FROM ZIP CODE
                      11501

Agulnick & Gogel, LLP
321 Broadway, 2nd Floor
New York, NY 10007

1000741116

| Index No. 603822/05 | Year | RJI No. | Hon. |

**SUPREME COURT OF THE STATE OF NEW YORK**
**COUNTY OF NEW YORK**

In the Matter of the Application of
DANIEL MOLONEY, TEMPEST REALTY CORP., LIFFEY VAN LINES, INC.
and ROSE REALTY CORP.,

                                      Petitioners,

For an Order pursuant to Article 75 of the New York Civil Practice Law and Rules staying the Arbitration of a certain controversy at the American Arbitration Association

        - against -

SHAMROCK BUILDING SYSTEMS, INC.,
                                      Respondent.

### NOTICE OF ENTRY

**AGOVINO & ASSELTA, LLP**
*Attorneys for*     Respondent.
*Office and Post Office Address, Telephone*
170 OLD COUNTRY ROAD, SUITE 608
MINEOLA, NEW YORK 11501
(516) 248-9880

---

To

Attorney(s) for

Signature (Rule 130-1.1-a)

................................................................................
Print name beneath

Service of a copy of the within                    is hereby admitted.

Dated,

................................................................................
Attorney(s) for

---

Please take notice
☐ **NOTICE OF ENTRY**
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order            of which the within is a true copy will be presented for
settlement to the HON.                                      one of the judges
of the within named court, at
on                         at                M

Dated,                                                           Yours, etc.

                                                     **AGOVINO & ASSELTA, LLP**
                                                    *Attorneys for*

To                                                     *Office and Post Office Address*
                                                    170 OLD COUNTRY ROAD, SUITE 608

Index No. 103822/05   Year

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In the Matter of the Application of DANIEL MOLONEY, TEMPEST REALTY CORP., LIFFEY VAN LINES, INC., and ROSE REALTY CORP.,

Petitioners,

For a Judgment Pursuant to Article 75 of the Civil Practice Law and Rules

- against -

SHAMROCK BUILDING SYSTEMS, INC.,

Respondent.

---

## NOTICE OF APPEAL

---

Signature (Rule 130-1.1-a) _[signature]_

Print name beneath   William A. Gogel

---

**AGULNICK & GOGEL, LLC**
Attorneys for   Petitioners

Office and Post Office Address, Telephone
321 BROADWAY, 2ND FLOOR
NEW YORK, N.Y. 10007
212-233-9500
FAX (212) 693-1666

To

Attorney(s) for

---

Service of a copy of the within is hereby admitted.
Dated,

................................................
Attorney(s) for

---

## NOTICE OF ENTRY

PLEASE take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on

Dated,

Yours, etc.

**AGULNICK & GOGEL, LLC**
Attorneys for
Office and Post Office Address
321 BROADWAY, 2ND FLOOR
NEW YORK, N.Y. 10007

To

Attorney(s) for

---

## NOTICE OF SETTLEMENT

PLEASE take notice that an order of which the within is a true copy will be presented for settlement to the Hon.

one of the judges of the within named Court, at
on
at   M.
Dated,

Yours, etc.

**AGULNICK & GOGEL, LLC**
Attorneys for
Office and Post Office Address
321 BROADWAY, 2ND FLOOR
NEW YORK, N.Y. 10007

To

Attorney(s) for