**Exhibit 8**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

_____X

Application of DANIEL MOLONEY,
TEMPEST REALTY CORP., LIFFEY VAN LINES, INC.,
and ROSE REALTY CORP.,

                 Petitioner-Appellants,

For an Order Pursuant to Article 75 of the New York
Civil Practice Law and Rules

             - against -

SHAMROCK BUILDING SYSTEMS, INC.,
               Respondent.

_____X

**NOTICE OF MOTION**

**Index # 103822/05**

SIR OR MADAM:

      PLEASE TAKE NOTICE, that upon the annexed affirmation of WILLIAM A. GOGEL, attorney for the Petitioners, duly affirmed on the 15Th day of August, 2006, the Notice of Appeal dated June 12, 2006, and the papers annexed hereto, the undersigned will move this Court, at the Courthouse, located at 27 Madison Avenue, New York, New York 10010, on the _____ day of _____ 2006 at 9:30 in the forenoon of that date, or as soon thereafter as counsel could be heard, for an Order pursuant to C.P.L.R. Section 5519(c) staying arbitration before the American Arbitration Association pending an appeal of the Order/Decision of the Supreme Court: New York County directing Tempest Realty Corp. to proceed to arbitration and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       August 15, 2006

Yours, etc.
AGULNICK & GOGEL, LLC

By _____
       William A. Gogel
       Attorney for Petitioners
       321 Broadway - 2nd floor
       New York, New York 10007
       (212) 233-9500

TO:

Agovina & Asselta, LLP
Attorneys for Respondent
170 Old County Road - Suite # 608
Mineola, New York 11501
(516) 248-9880

2