jpa/sham.rose.xpet.opp.aff
fwb 6/04/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

                           Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
confirming an arbitration award

              - against -

ROSE REALTY CORP. and TEMPEST
REALTY CORP.,

                           Respondents.
-------------------------------------------------------------X

CIVIL ACTION  NO. 07-CV-3706
               (LBS)(FM)

CERTIFICATE OF SERVICE

Filed Electronically

      I hereby certify that on June 4, 2007 a copy of Petitioner's Memorandum of Law In Further Support of Petition To Confirm Arbitration Award And In Opposition To Respondents' Cross-Petition To Vacate Or Modify, Affidavit In Further Support of Petition To Confirm Arbitration Award And In Opposition To Respondents' Cross-Petition To Vacate Or Modify and Petitioner's Answer To Respondents' Cross-Petition To Vacate Or Modify was served upon:

                         AGULNICK & GOGEL, LLP
                         321 Broadway, 2nd Floor
                         New York, NY  10007
                         (212) 233-9500

by United States Postal Service Express Mail Overnight Delivery.

Dated:  Mineola, New York
         June 4, 2007

                               s/_____
                               Frank W. Brennan (FB 0282)
                               AGOVINO & ASSELTA, LLP
                               Attorneys for Petitioner
                               Shamrock Building Systems, Inc.
                               170 Old Country Road, Suite 608
                               Mineola, NY  11501
                               (516) 248-9880