fwb 5/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In the Matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

                       Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
confirming an arbitration award

               - against -

ROSE REALTY CORP. and TEMPEST
REALTY CORP.,

                       Respondents.

-------------------------------------------------------------X

DOC # 1

07 CV 3706

JUDGE SAND

PETITION TO CONFIRM
ARBITRATION AWARD

*Endorsement*
*After briefing and argument*
*Petition is granted*
*So ordered*
6/6/07 [signature] USDJ

MEMO ENDORSED

Petitioner, Shamrock Building Systems, Inc., moves this Court for an order, pursuant to Sections 9 and 13 of Title 9 of the United States Code, for an order confirming the award of the arbitrator in the matter of the arbitration between Shamrock Building Systems, Inc., Petitioner, and Rose Realty Corp. and Tempest Realty Corp., Respondents, which is dated April 26, 2007 and directing that judgment be entered thereon.

This application is made on the following grounds:

1.    At all time hereinafter mentioned, Petitioner, Shamrock Building Systems, Inc. (hereinafter "Shamrock"), was a corporation organized under the laws of the State of Georgia and whose principal place of business is located at 5825 Gore Place, Austell, Georgia and was authorized to do business in the State of New York.

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07