UNITED STATES SUPREME COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In the matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.,

                Petitioner,

For an Order pursuant to the Federal
Arbitration Act 9 U.S.C.A. § 1 et seq.,
Confirming an arbitration award

    -against-

ROSE REALTY CORP. and TEMPEST
REALTY CORP.

              Respondents.

-----------------------------------------------------------X

CIVIL ACTION NO.
07CV3706(LBS)

CROSS PETITION TO
MODIFY OR VACATE
ARBITRATION AWARD

**MEMO ENDORSED**

Endorsement
Denied
So ordered
[signature]
6/6/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07

       The Respondent's Rose Realty Corp. and Tempest Realty Corp. Cross-Move this Court for an Order modifying or vacating the award of the arbitrator dated April 26, 2007; vacating the award in its entirety as to Respondent, Tempest Realty Corp., or in the alternative, directing a rehearing before the arbitrator, in the matter of the arbitration between Shamrock Building Systems, Inc., Petitioner, and Rose Realty Corp. and Tempest Realty Corp.

       The grounds for this cross-petition and application are as follows:

       1.     At all time hereinafter mentioned, Respondent, Rose Realty Corp. ("Rose"), was a corporation organized under the laws of the State of New York, whose principal place of business was located at 234 East 121st Street, New York, New York.

**MEMO ENDORSED**