UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In the Matter of the Application of

SHAMROCK BUILDING SYSTEMS, INC.
                      Petitioner,

        -against-

ROSE REALTY CORP. and TEMPEST REALTY
CORP.,
                      Respondents.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/07

07 CIVIL 3706 (LBS)

**JUDGMENT**

#07,1110

        Petitioner having moved to confirm arbitration, and the matter having been brought before the Honorable Leonard B. Sand, United States District Judge, and the Court, on June 6, 2007, having issued its Order granting the motion to confirm arbitration, confirming the arbitration award, and entering judgment against respondents Rose Realty Corp. and Tempest Realty Corp., jointly and severally, for the sum of $447,502.52, plus nine percent interest (9%) from February 28, 2005 and for the costs of arbitration in the sum of $17,331.25, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 6, 2007, the motion to confirm arbitration is granted; the arbitration award is confirmed; and judgment is entered against respondents Rose Realty Corp. and Tempest Realty Corp., jointly and severally, for the sum of $447,502.52, plus nine percent interest (9%) from February 28, 2005 and for the costs of arbitration in the sum of $17,331.25.

**Dated:** New York, New York
           June 7, 2007

                                        J. MICHAEL MCMAHON
                                        Clerk of Court
                     BY:   _____
                                        Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____